UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CORY RANDON LEWIS,<br><br>                Petitioner,<br><br>    v.<br><br>RON HAYNES,<br><br>                Respondent. | CASE NO. C19-5018 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge, Dkt. 11, and Petitioner Cory Lewis's ("Lewis") objections to the R&R, Dkt. 12.

On June 30, 2020, Judge Fricke issued the R&R recommending that the Court deny Lewis's petition and deny a certificate of appealability. Dkt. 11. On July 21, 2020, Lewis filed objections. Dkt. 12.

The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions. Fed. R. Civ. P. 72(b)(3).

ORDER - 1

1   In this case, Lewis fails to identify any actual error in the R&R and instead merely
2 disagrees with the conclusions in the R&R.  Dkt. 12.  Judge Fricke issued a thorough
3 R&R that provides ample explanation why Lewis's claims fail.  The Court need not
4 repeat that discussion or conclusions.  Therefore, the Court having considered the R&R,
5 Lewis's objections, and the remaining record, does hereby find and order as follows:

6   (1)   The R&R is **ADOPTED**;

7   (2)   Lewis's petition is **DENIED**;

8   (3)   A Certificate of Appealability is **DENIED**; and

9   (4)   The Clerk shall enter a JUDGMENT and close the case.

10   Dated this 2nd day of September, 2020.

                                  _____
                                  BENJAMIN H. SETTLE
                                  United States District Judge